UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANIEL HAGAN,

    Plaintiff,

v.

PROGRESSIVE INSURANCE COMPANY,

    Defendant.

Civil Action No. 3: 19-CV-960

(JUDGE MARIANI)

## ORDER

AND NOW, THIS _15th_ DAY OF NOVEMBER 2019, upon consideration of Plaintiff's Motion to Remand to the Court of Common Pleas of Pike County, Pennsylvania (Doc. 3) and related documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Remand to the Court of Common Pleas of Pike County, Pennsylvania (Doc. 3) is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Pike County, Pennsylvania.

3. The Clerk of Court is directed to mark this case **CLOSED**.

Robert D. Mariani
United States District Judge